IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| REGINALD TODD HYMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:02CR295-1 |
| | ) | 1:20CV380 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On November 30, 2021, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed Objections (Doc. 144) within the time limit prescribed by § 636.

The court has reviewed Defendant's Objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 142), which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's § 2255 Motion (Doc. 127) is DENIED, that this action is DISMISSED, and that, there being neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability not issue.

/s/   Thomas D. Schroeder
                                    United States District Judge

January 10, 2022